RECEIVED
IN ALEXANDRIA, LA.

FEB 2 0 2012

TONY R. MOORE, CLERK
BY_____ DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

WILLIAM STAPLES

VERSUS

WARDEN SHERROD, ET AL.

DOCKET NO. 11-cv-108; SEC. P

JUDGE James T. Trimble, Jr.
MAGISTRATE JUDGE JAMES D. KIRK

J U D G M E N T

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

IT IS ORDERED that Staples' motion for preliminary injunction (Doc. 26) is DENIED.

THUS DONE AND SIGNED at Alexandria, Louisiana on this 29th day of ~~January~~ February, 2012.

James T. Trimble, Jr.
UNITED STATES DISTRICT JUDGE