RECEIVED
MAY 15 2012
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA, LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| WILLIAM STAPLES,<br>    Plaintiff | CIVIL ACTION<br>SECTION "P"<br>NO. 11-CV-00108 |
| VERSUS | |
| WARDEN SHERROD, et al.,<br>    Defendants | JUDGE JAMES T. TRIMBLE, Jr.<br>MAGISTRATE JUDGE JAMES D. KIRK |

## J U D G M E N T

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

IT IS ORDERED that defendants' motion for summary judgment is GRANTED, Staples motion for summary judgment is DENIED, and Staples' complaint is DISMISSED WITHOUT PREJUDICE for lack of exhaustion.

THUS ORDERED AND SIGNED in Chambers at Alexandria, Louisiana, on this 15th day of May, 2012.

JAMES T. TRIMBLE, Jr.
UNITED STATES DISTRICT JUDGE